UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMEKA BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:17-CV-12628 |
| | ) |
| TRANS UNION, LLC; NAVIENT | ) Hon. Paul D. Borman |
| SOLUTIONS, INCORPORATED; | ) |
| UNITED STUDENT AID FUNDS, | ) Magistrate Judge Elizabeth A. |
| INCORPORATED, | ) Stafford |
| | ) |
| Defendants. | ) |

## **STIPULATION TO AMEND CASE CAPTION**

The parties, through their respective counsel, stipulate to amend the caption to reflect the proper name of Defendant Navient Solutions, LLC. In support of this Stipulation, the parties state as follows:

(1) On August 10, 2017, Plaintiff filed her complaint in the above-captioned action against Defendant "Navient Solutions, Incorporated," as well as Defendants Trans Union, LLC and United Student Aid Funds, Incorporated. (Dkt. 1).

(2) On January 31, 2017, in connection with an internal corporate reorganization, Navient Solutions, Inc. converted to a Delaware limited

liability company, and changed its name from "Navient Solutions, Inc."

to "Navient Solutions, LLC."

(3) Therefore, the parties agree to amend the case caption to reflect the proper name of the Navient defendant as "Navient Solutions, LLC."

Dated: November 5, 2018

| **For Plaintiff,** | **For Defendant,** |
| **Tameka Bates** | **Trans Union, LLC** |

/s/ David M. Marco (*w/ permission*)
David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:(312) 546-6539
Facsimile: (888) 418-1277
E-Mail:   dmarco@smithmarco.com


Patrick G Gagniuk
Law Offices of Patrick G. Gagniuk, P.L.L.C.
301 W. Fourth Street, Suite 430
Royal Oak MI 48067
Telephone:(248) 894-5424
Facsimile: (248) 439-6222
E-Mail:   pgagniuk@gmail.com

/s/ Camille Nicodemus (*w/ permission*)
William R. Brown
Erik Jones
Camille Nicodemus
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville IN 46077
Telephone:  (317) 363-2400
Facsimile:   (317) 363-2257
E-Mail: wbrown@schuckitlaw.com
            ejones@schuckitlaw.com
            CNicodemus@SchuckitLaw.com

Brian A. Nettleingham
MADDIN, HAUSER, ROTH & HELLER, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone:  (248) 359-7503
Facsimile:   (248) 359-7553
E-Mail: bnettleingham@maddinhauser.com

**For Defendants**
**Navient Solutions, LLC &**
**United Student Aid Funds, Inc.**

 /s/ Irina N. Kashcheyeva
Irina N. Kashcheyeva
Robert H. Griffith
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Telephone:  (313) 234-7170
Facsimile:   (313) 234-2800
E-Mail:       ikascheyeva@foley.com
                    rgriffith@foley.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMEKA BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:17-CV-12628 |
| ) | Hon. Paul D. Borman |
| TRANS UNION, LLC; NAVIENT ) | |
| SOLUTIONS, LLC; UNITED ) | Magistrate Judge Elizabeth A. |
| STUDENT AID FUNDS, ) | Stafford |
| INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

## **ORDER TO AMEND THE CASE CAPTION**

Pursuant to the parties' Stipulation, it is hereby ORDERED that the name of Defendant "Navient Solutions, Incorporated" shall be substituted for "Navient Solutions, LLC," and the caption of the case shall be corrected accordingly.

Dated:  November 6, 2018                        s/Paul D. Borman
                                                                    Paul D. Borman
                                                                    United States District Judge