# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT OFFICE

| | | |
|---|---|---|
| **TAMEKA BATES,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-12628-PDB-EAS |
| | ) | |
| v. | ) | |
| | ) | **Judge Borman** |
| **TRANS UNION, LLC, and** | ) | **Magistrate Judge Stafford** |
| **NAVIENT SOLUTIONS, LLC,** | ) | |
| **and UNITED STUDENT AID** | ) | |
| **FUNDS, INCORPORATED,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS TRANS UNION, LLC

By agreement, Plaintiff and Trans Union, LLC, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed with prejudice.

2. Plaintiff and Trans Union, LLC, by agreement, respectfully request that this case be dismissed with prejudice as to Trans Union, LLC only.

3. This case will proceed against Navient Solutions, LLC and United Student Aid Funds, Incorporated.

1

**Date:** January 15, 2019

| | |
|---|---|
| **For Plaintiff, Tameka Bates** | **For Defendant, Trans Union, LLC** |
|   s/ David M. Marco |   s/ Camille Nicodemus |
| SMITHMARCO, P.C. | Schuckit & Associates, PC |
| 55 W. Monroe Street, Suite 1200 | 4545 Northwestern Drive |
| Chicago, IL 60603 | Zionsville, IN 46077 |
| Telephone:  (312) 546-6539 | Telephone:  (317) 363-2400 |
| Facsimile:  (888) 418-1277 | Facsimile:  (313) 363-2257 |
| E-mail:  dmarco@smithmarco.com | E-mail:  CNicodemus@SchuckitLaw.com |

## **ORDER OF DISMISSAL**

At the request of Plaintiff and Trans Union, LLC, a stipulation having been duly filed, this matter is hereby dismissed with prejudice as to Trans Union, LLC only.

This case will proceed against Navient Solutions, LLC and United Student Aid Funds, Incorporated.


Dated:  January 15, 2019            s/Paul D. Borman
                                                        Paul D. Borman
                                                        United States District Judge