**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE**

| | | |
|---|---|---|
| **TAMEKA BATES,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-12628-PDB-EAS |
| | ) | |
| v. | ) | |
| | ) | **Judge Borman** |
| | ) | **Magistrate Judge Stafford** |
| **NAVIENT SOLUTIONS, LLC,** | ) | |
| **and UNITED STUDENT AID** | ) | |
| **FUNDS, INCORPORATED,** | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**</u>

Plaintiff, TAMEKA BATES, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 45 days.

4. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that she be granted 45 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

          Respectfully submitted,
          **TAMEKA BATES**

    By:   s/ David M. Marco
            Attorney for Plaintiff

Dated: June 12, 2019

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:   (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com

## CERTIFICATE OF SERVICE

I certify that on June 12, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF System, which will then send such notification to all counsel of record.

    By:   s/ David M. Marco
            Attorney for Plaintiff