UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMEKA BATES,

        Plaintiff,                2:17-cv-12628

v.                                 Paul D. Borman
                                      United States District Judge

NAVIENT SOLUTIONS, LLC,
and UNITED STUDENT AID
FUNDS, INCORPORATED,

        Defendants.
_____/

## STIPULATION TO DISMISS

By agreement, Plaintiff and Defendants, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed with prejudice.

2. Plaintiff and Defendants, by agreement, respectfully request that this case be dismissed with prejudice.

Date: July 25, 2019

1

| | |
|---|---|
| For Plaintiff,<br>Tameka Bates | For Defendants,<br>Navient Solutions, Inc. &<br>United Student Aid Funds, Inc. |

<div style="display:flex">

  s/ David M. Marco  
David M. Marco  
IL Bar No. 6273315/FL Bar No. 125266  
SMITHMARCO, P.C.  
55 W. Monroe Street, Suite 1200  
Chicago, IL 60603  
Telephone:(312) 546-6539  
Facsimile: (888) 418-1277  
E-Mail:    dmarco@smithmarco.com  

Patrick G Gagniuk  
Law Offices of Patrick G. Gagniuk, P.L.L.C.  
301 W. Fourth Street, Suite 430  
Royal Oak MI 48067  
Telephone:(248) 894-5424  
Facsimile: (248) 439-6222  
E-Mail:    pgagniuk@gmail.com  

  s/ Irina N. Kashcheyeva  
Irina N. Kashcheyeva  
Robert H. Griffith  
FOLEY & LARDNER LLP  
500 Woodward Avenue, Suite 2700  
Detroit, MI 48226  
Telephone:   (313) 234-7170  
Facsimile:   (313) 234-2800  
E-Mail:    ikascheyeva@foley.com  
           rgriffith@foley.com  

</div>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMEKA BATES,

        Plaintiff,                      2:17-cv-12628

v.                                     Paul D. Borman
                                            United States District Judge

NAVIENT SOLUTIONS, LLC,
and UNITED STUDENT AID
FUNDS, INCORPORATED,

        Defendants.
_____/

## ORDER OF DISMISSAL

At the request of Plaintiff and Defendants, a stipulation having been duly filed, this matter is hereby dismissed with prejudice.


Dated: July 25, 2019                        s/Paul D. Borman
                                               Paul D. Borman
                                               United States District Judge